IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NEREIDA RAMOS,

    Petitioner,

v.                                          4:13cv419–WS/CAS

J.V. FLOURNOY, Warden,
Federal Correctional Institution,

    Respondent.

_____

ORDER DENYING PETITIONER'S
PETITION FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation docketed December 15, 2015. See Doc. 24. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be denied. The petitioner has filed no objections to the report and recommendation.

Having considered the matter, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 24) is

ADOPTED and incorporated by reference into this order of the court.

 2.  The petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (doc. 1) is hereby DENIED.

 3.  The clerk is directed to enter judgment stating: "Nereida Ramos's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is denied."

 DONE AND ORDERED this   25th   day of   January  , 2016.


    s/ William Stafford
    WILLIAM STAFFORD
    SENIOR UNITED STATES DISTRICT JUDGE